This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**IRIS PARTIDA,**

Petitioner-Appellant,

**v.**                                     **No. 31,460**

**MOTOR VEHICLE DIVISION,**
**DEPARTMENT OF TAXATION**
**AND REVENUE, STATE OF NEW**
**MEXICO, KEITH PERRY, Director,**

Respondent-Appellee.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**John A. Dean, District Judge**

Victor Titus
Farmington, NM

for Appellant

N.M. Taxation and Revenue Department
Julia A. Belles
Santa Fe, NM

for Appellee

**MEMORANDUM OPINION**

**FRY, Judge.**

{1}     Summary reversal was proposed for the reasons stated in the third calendar notice. No memorandum opposing summary reversal has been filed, and the time for doing so has expired.

{2}     **IT IS SO ORDERED.**

_____

**CYNTHIA A. FRY, Judge**

**WE CONCUR:**

_____

**MICHAEL D. BUSTAMANTE, Judge**

_____

**M. MONICA ZAMORA, Judge**